# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v ANTONIO MARK HARVEY  Date: October 5, 2022

Case No. 2:21-CR-138  Time 10:34 A.M. To 11:08 A.M.

Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY |
|---|---|
| Deputy Clerk | Court Reporter |
| MICHAEL HENRY | THOMAS MCCAULEY |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Sentencing begun

Counsel for defendant makes oral motion to withdraw-DENIED without prejudice

Court rejects plea agreement

Sentencing reset for **10/27/2022 at 1:30 p.m.**

Defendant remanded to custody of U.S. Marshal