IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING*

USA vs  ANTONIO MARK HARVEY    Date: October 20, 2022

Case No. 2:18-CR-110/2:21-CR-138   Time  10:22 A.M.   To  10:41 A.M.

================================================================

Honorable **CLIFTON CORKER**, U.S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY | MEGHAN GOMEZ FOR TM |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| ANTONIO MARK HARVEY | CAMERON KUHLMAN |

**PROCEEDINGS:**

   **RE:** Defense counsel's Motion to Withdraw [Docs.91]

Opening statements by the Court

Statements by counsel for defendant

Ex-parte hearing from 10:23-1-:36

Motion is GRANTED

New counsel to be appointed

Defendant remanded to custody of U.S. Marshal

Order to enter