IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: *STATUS CONFERENCE***

Case No: 2:21-cr-138/2:18-cr-110  Date: 11/30/2022  Time 11:06 A.M. To 11:12 A.M.

USA V. **ANTONIO MARK HARVEY**

===========================================================================

The Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

| Leah Kingry | Karen J. Bradley |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **PARTIES** | **ATTORNEYS** |
|---|---|
| USA | Thomas A. McCauley |
| vs. | |
| Antonio Mark Harvey | Bryce W. McKenzie |

**PROCEEDINGS:**

[X] Opening statements by Court

[X] Jury Trial reset for **February 28, 2023 at 9:00 a.m.**

[X] Estimated length of trial

[X] Plea deadline set for **February 14, 2023**

[X] Closing statements by Court

[X] Order to enter